AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CLAUDIA MORENO and LAURA NAJERA, on behalf of themselves, FLSA Collective Plaintiffs, and the Class, <br><br> *Plaintiff(s)* <br> v. <br> BROOK MEAT & PRODUCE CORP., et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
C.K. Lee, Esq.,
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor,
New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/19/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## SUMMONS RIDER

DEFENDANT(S) ADDRESS(ES)

- BROOK MEAT & PRODUCE CORP.
  228 Brook Ave
  Bronx, NY 10454
- 207 MEAT CORP.
  410 West 207th Street
  New York, NY 10034
- A&A MEAT & PRODUCE CORP.
  3815 9th Ave
  New York, NY 10034
- KING POLO, INC.
  153-30 89th Ave
  Queens, NY 11432
- C. R. MEAT & PRODUCE CORP.
  245 Beach 20th St
  Far Rockaway, NY 11691
- KING MEAT CORP.
  3871 Broadway
  New York, NY 10032
- BEACH CHANNEL MEAT & PRODUCE CORP.
  13-29 Beach Channel Dr.
  Far Rockaway, NY 11691
- CORNAGA 1801 MEAT CORP.
  1801A Cornaga Ave
  Far Rockaway, NY 11691
- 1331 MEAT & PRODUCE CORP.
  1331 St Nicholas Ave
  New York, NY 10033
- ANIBAL RODRIGUEZ
  15 Hillside Ave
  Rockville Centre, NY 11570
- ARIEL RODRIGUEZ
  50 Rockaway Ave
  Rockville Centre, NY 11570