**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CLAUDIA MORENO and LAURA NAJERA *on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

-against-

BROOK MEAT & PRODUCE CORP.,
    d/b/a SHOP FAIR SUPERMARKETS
207 MEAT CORP.
    d/b/a SUPER ASSOCIATED
    d/b/a SHOP FAIR WAREHOUSE
A&A MEAT & PRODUCE CORP.
    d/b/a SUPER GIGANTE FOODS
KING POLO, INC.
    d/b/a SHOP FAIR SUPERMARKETS
C. R. MEAT & PRODUCE CORP.
    d/b/a SHOP FAIR SUPERMARKETS
KING MEAT CORP.
    d/b/a SHOP FAIR SUPERMARKETS
BEACH CHANNEL MEAT & PRODUCE CORP.
    d/b/a SHOP FAIR SUPERMARKETS
CORNAGA 1801 MEAT CORP.
    d/b/a SHOP FAIR SUPERMARKETS
1331 MEAT & PRODUCE CORP.
    d/b/a SHOP FAIR SUPERMARKETS
ANIBAL RODRIGUEZ, and
ARIEL RODRIGUEZ

                Defendants.

Case No.: 1:22-cv-04070

**NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

---

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs, on behalf of herself and all others similarly situated, by their undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York  Respectfully submitted,

September 16, 2022   By:  */s/ C.K. Lee*
C.K. Lee, Esq.

**LEE LITIGATION GROUP, PLLC**
C.K. Lee, Esq. (CL 4086)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*