UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIA MORENO and LAURA NAJERA, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class,* <br><br> Plaintiffs, <br><br> -against- <br><br> BROOK MEAT & PRODUCE CORP., <br>    d/b/a SHOP FAIR SUPERMARKETS <br> 207 MEAT CORP. <br>    d/b/a SUPER ASSOCIATED <br>    d/b/a SHOP FAIR WAREHOUSE <br> A&A MEAT & PRODUCE CORP. <br>    d/b/a SUPER GIGANTE FOODS <br> KING POLO, INC. <br>    d/b/a SHOP FAIR SUPERMARKETS <br> C. R. MEAT & PRODUCE CORP. <br>    d/b/a SHOP FAIR SUPERMARKETS <br> KING MEAT CORP. <br>    d/b/a SHOP FAIR SUPERMARKETS <br> BEACH CHANNEL MEAT & PRODUCE CORP. <br>    d/b/a SHOP FAIR SUPERMARKETS <br> CORNAGA 1801 MEAT CORP. <br>    d/b/a SHOP FAIR SUPERMARKETS <br> 1331 MEAT & PRODUCE CORP. <br>    d/b/a SHOP FAIR SUPERMARKETS <br> ANIBAL RODRIGUEZ, and <br> ARIEL RODRGIUEZ <br><br> Defendants. | **Case No.:** 1:22-cv-04070 |

## DECLARATION OF C.K. LEE

I, C.K. Lee, under penalty of perjury, affirm as follows:

1. My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiff's counsel in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's motion for conditional collective certification pursuant to 29 U.S.C. § 216(b).

3. Attached as **Exhibit A** herewith is a true and correct copy of the Proposed Notice of Pendency of Lawsuit Regarding Wages and "Consent to Sue" Form.

4. Attached as **Exhibit B** herewith is a true and correct copy of Defendants website, http://www.shopfairsupermarkets.com/Home.aspx.

5. Attached as **Exhibit C** herewith are true and correct copies of Defendants Liquor Licenses and Defendants Entity Information.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated: New York, New York　　　　　　　　　Respectfully submitted,

　　　September 16, 2022　　　By:　*/s/ C.K. Lee*
　　　　　　　　　　　　　　　　　　　C.K. Lee, Esq.

　　　　　　　　　　　　　　　　　　　**LEE LITIGATION GROUP, PLLC**
　　　　　　　　　　　　　　　　　　　C.K. Lee, Esq. (CL 4086)
　　　　　　　　　　　　　　　　　　　Lee Litigation Group, PLLC
　　　　　　　　　　　　　　　　　　　148 West 24th Street, Eighth Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　　　Tel: (212) 465-1188
　　　　　　　　　　　　　　　　　　　Fax: (212) 465-1181
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*