UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA MORENO and LAURA NAJERA, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

           Plaintiffs,

v.

BROOKE MEAT & PRODUCE CORP., ET AL,

           Defendants.

**Case No.:** 1:22-cv-04070

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs CLAUDIA MORENO and LAURA NAJERA hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated March 7, 2024, and annexed hereto as **Exhibit A**.

Dated: March 7, 2024

                         Respectfully submitted,

By:  _____
            C.K. Lee, Esq. (CL 4086)
            LEE LITIGATION GROUP, PLLC
            148 West 24th Street, 8th Floor
            New York, NY 10011
            Tel.: (212) 465-1188
            Fax: (212) 465-1181
            *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Leo Dorfman, Esq.
Sokoloff Stern LLP
179 Westbury Ave,
Carle Place, NY 11514
ldorfman@sokoloffstern.com
*Attorney for Defendants Brook Meat & Produce Corp., 207 Meat Corp., King Polo, Inc., 1331 Meat & Produce Corp.*

John Byrnes, Esq.
Milber Makris Plousadis & Seiden, LLP
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
jbyrnes@milbermakris.com
*Attorney for Defendants A&A Meat & Produce Corp., C.R. Meat & Produce Corp., King Meat Corp., Beach Channel Meat & Produce Corp., Cornaga 1801 Meat Corp., Anibal Rodriguez, and Ariel Rodriguez*

By: 
C.K. Lee, Esq.