UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA MORENO and LAURA NAJERA, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

    Plaintiffs,

v.

BROOKE MEAT & PRODUCE CORP., ET AL,

    Defendants.

---

Case No.: 1:22-cv- 04070

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiffs Claudia Moreno and Laura Najera ("Plaintiffs") to take a judgment against them, in the sum of Twenty-Five Thousand and No Cents ($25,000.00), inclusive of all cost, expenses, and legal fees, with respect to all of Plaintiffs' individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 7, 2024 and filed as Exhibit A to Docket Number 61;

**WHEREAS**, on March 7, 2024, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 61);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Claudia Moreno and Laura Najera, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 7, 2024 and filed as Exhibit A to Docket Number 61. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: March 8, 2024
      New York, New York

_____
J. PAUL OETKEN
United States District Judge