UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIA MORENO and LAURA NAJERA, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*<br><br>Plaintiffs,<br>v.<br><br>BROOKE MEAT & PRODUCE CORP., ET AL,<br><br>Defendants. | Case No. 1:22-cv-04070<br><br>SATISFACTION OF JUDGMENT |

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 8th day of March, 2024 in favor of CLAUDIA MORENO and LAURA NAGERA in the amount of $25,000.00, inclusive of all costs, expenses, and legal fees, with respect to all of Plaintiffs' individual FLSA claims against Defendants, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: October 17, 2024

Respectfully submitted,

C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street 8th Floor
New York, NY 10011

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 17th day of October 2024, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

ANNE SEELIG-SUHRCKE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2028